**Order entered February 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01553-CV

### GERALLYNN LONGINO, Appellant

### V.

### WILLIAM EGAN, HELGA EGAN, AND CONSTABLE PRECINCT 3, Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04279-2012**

## ORDER

Neither the filing fee nor appellate record has been filed in this appeal pending the trial court's determination of whether appellant is entitled to proceed on appeal without advance payment of costs. By order dated December 11, 2012, and included in a supplemental clerk's record filed in this Court on January 22, 2013, the trial court found appellant not indigent. Accordingly, we **ORDER** appellant to pay, within ten (10) days of the date of this order, the $175 filing fee. We further **ORDER** appellant to pay, or make arrangements to pay, for the clerk's and reporter's record within twenty (20) days of the date of this order. We caution appellant that failure to pay for the reporter's record will result in the appeal being submitted

without it; failure to pay for the filing fee or clerk's record will result in the appeal being dismissed without further notice. TEX. R. APP. P. 37.3(b), (c), 42.3(b), (c).


/s/     ELIZABETH LANG-MIERS
         JUSTICE